AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

United States of America

vs.

Tremayne K Graham

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:03cr1092-10
6:09-cv-70072

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision on the Record.**  This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Section 2255 motion filed by Tremayne K Graham is summarily dismissed.

LARRY W. PROPES, Clerk

BY: _____
Deputy Clerk

June 5, 2009