AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 6:03-1092-HMH |
| Tremayne Kiarr Graham | ) | |
| | ) | USM No: 93948-071 |
| Date of Original Judgment: 4/23/07 | ) | |
| Date of Previous Amended Judgment: | ) | Benjamin Stepp |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the new calculation does not produce a lower total offense level. Likewise, the new calculation does not produce a lower guideline range.

Except as otherwise provided, all provisions of the judgment dated   4/23/07   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   July 6, 2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Henry M. Herlong, Jr., Senior United States District Judge
*Printed name and title*